UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>      Plaintiff,<br><br>   -against-<br><br>SETAREH FAMILY LIMITED PARTNERSHIP; ABBEY SETAREH and JACQUELINE SETAREH, as Partners of Setareh Family Limited Partnership; and J&P BANGKOK HOSPITALITY LLC,<br><br>      Defendants. | 25-CV-5227 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's **June 27, 2025** Order, ECF No. **7**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **September 17, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 22, 2025**.

  SO ORDERED.

Dated: September 18, 2025
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge