**BORAH GOLDSTEIN**
ALTSCHULER NAHINS & GOIDEL, P.C.

*Jeffrey C. Chancas*
*Partner*
JChancas@borahgoldstein.com
O: (212) 431-1300, Ext. 900

September 22, 2025

> The parties' request to adjourn the initial pretrial conference is GRANTED. The conference will be held on **Tuesday, November 4, 2025,** at **1:30 PM.** Same dial-in information. Setareh's requested extension as to their response to the complaint to October 31, 2025 is GRANTED.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 12.
>
> SO ORDERED.
>
> */s/ Arun Subramanian*
> Arun Subramanian, U.S.D.J.
> Date: September 23, 2025

**Via ECF**

Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Courtroom 15A
New York, New York 10007-1312

Re:   Carlos Ruiz Florez v. Setareh Family Limited Partnership, et al.
      United States District Court
      Southern District of New York
      Case No. 25-cv-05227-AS

Honorable Judge Subramanian:

  This firm has just been retained to represent Defendants The Setareh Family Limited Partnership (sued herein as "Setareh Family Limited Partnership"); Abby Setareh (sued herein as 'Abbey Setareh") and Jacqueline Setareh, as partners of Setareh Family Limited Partnership (collectively "Setareh") in the above-referenced matter. Setarah is the landlord of the subject premises. Co-Defendant J&P Bangkok Hospitality LLC ("J&P") is the tenant of the premises.

  Plaintiff's counsel advises that Setareh has just been served with the Summons and Complaint, so the time to answer has not yet expired.

  Therefore, Plaintiff's counsel and I jointly request that the Court adjourn the Initial Pretrial Conference (the "Conference") [Dkt. #7], currently scheduled for September 25, 2025, at 3:30 p.m. to a date and time convenient for the Court after October 29, 2025.

  Also, Setareh respectfully requests an extension of time to answer, move, or otherwise respond to the Complaint, until October 31, 2025.

  This is Setareh's first request to extend its answer deadline and is with the consent of Plaintiff's counsel. This is the first request by any party to adjourn the Conference.

*Manhattan Office* | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
*Queens Office* | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com



Hon. Arun Subramanian
United States District Judge
September 22, 2025
Page 2 of 2

      The requests for the extension of the Answer deadline and the adjournment of the Conference are being made to afford the parties time to discuss settlement, which is currently ongoing, to review the allegations of the Complaint, to afford J&P time to retain counsel, if need be should the parties not settle, and to deal with a potential procedural issue.

      Three days prior to the filing of the Complaint herein, another plaintiff filed an action, represented by another counsel, also based upon alleged violations of the Americans with Disabilities Act against the same Defendants and property as in this case. That action, *Graciela Doncouse v. J&P and Setareh*, 25-cv-05190-JGK, is pending before Judge Koeltl, with a conference date scheduled for October 23, 2025.

      All counsel and parties are trying to resolve the cases globally, but if that does not occur, then some determinations regarding consolidation, or whatever, may need to be made.

      These requests do not interfere with any other scheduled dates

      Wherefore, I respectfully request that the Court grant this letter motion.

      Thank you.

                                    Respectfully submitted,

                                    */s/Jeffrey C. Chancas*
                                    JEFFREY C. CHANCAS

*Manhattan Office*| 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
*Queens Office*| 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com