UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

                Plaintiff,

-against-

SETAREH FAMILY LIMITED PARTNERSHIP; ABBEY SETAREH and JACQUELINE SETAREH, as Partners of Setareh Family Limited Partnership; and J&P BANGKOK HOSPITALITY LLC,

                Defendants.

25-CV-5227 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's **June 27, 2025** and **September 23, 2025** Orders, Dkts. **7, 14**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **October 29, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 31, 2025**.

    SO ORDERED.

Dated: October 30, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge